IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| J. MICHAEL FOLEY, )<br>individually and on behalf )<br>of all others similarly )<br>situated, )<br>    )<br>    Plaintiff, )<br>    )<br>    v.    )<br>    )<br>GREENE COMMUNICATIONS, )<br>INC. d/b/a Cable TV of )<br>East Alabama, et al., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:14cv877-MHT<br>(WO) |

ORDER

Based on the representations made on the record on January 26, 2016, it is ORDERED as follows:

(1) The motion to stay (doc. no. 30) is granted.

(2) All proceedings in this case are stayed until further order.

(3) The parties are allowed until February 10, 2016, to submit a proposed settlement to the court.

**(4) This case is closed administratively.**

**DONE, this the 27th day of January, 2016.**

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**